IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| MARK FITZHENRY, | ) | Civil Action No.: 2:14-CV-0087 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LIFEWATCH, INC. and EVAN SIRLIN, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that any and all of Plaintiff's claims against Defendant in the above-captioned case are **HEREBY VOLUNTARILY DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs.

DATED: January 12, 2015

By: /s/ Mark Fitzhenry
Mark Fitzhenry, Plaintiff *Pro Se*

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

S:\\ Matthew Tillman
Matthew Tillman, Fed. Bar No. 9115
mtillman@wcsr.com
P.O. BOX 999 [5 Exchange St., 29401]
Charleston, SC  29402-0999
Main: (843) 722-3400; Fax.: 843-723-7398

*Attorneys for Defendant Lifewatch, Inc. and Evan Sirlin*